IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-60-D

| | | |
|---|---|---|
| YOLANDA DENISE SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MIKIO ANDERSON, and | ) | |
| GREEN RESOURCES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On April 4, 2013, defendant Mikio Anderson filed a motion to dismiss the Title VII claims that plaintiff filed against him [D.E. 10]. Anderson cannot be liable under Title VII. See, e.g., Lissau v. S. Food Serv., Inc., 159 F.3d 177, 181 (4th Cir. 1998). The motion to dismiss [D.E. 10] is GRANTED, and Anderson is DISMISSED as a defendant. Plaintiff's motion to amend the complaint [D.E. 13], which seeks to add Sara Jadacris and R.T.I. International as defendants, is GRANTED in part and DENIED in part. Plaintiff cannot add Jadacris as a defendant. See Lissau, 159 F.3d at 181. The court permits her to add R.T.I. International as a defendant. Plaintiff is responsible for properly serving the new defendant. The court will treat the amended complaint as the operative complaint.

SO ORDERED. This 16 day of May 2013.

JAMES C. DEVER III
Chief United States District Judge